**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

March 06, 2014

Hon. Bianca A. Medina
Law Office of Reynaldo Martinez, Jr.
915 Kinney Avenue
Corpus Christi, TX  78401

Hon. Ed Chapa
Bonilla & Chapa
P.O. Box 5488
Corpus Christi, TX  78465

Re:      Cause No. 13-13-00543-CV
Tr.Ct.No. 07-6350-H
Style:    In the Interest of M. M., A Child

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    347th District Court
       Hon. Patsy Perez, District Clerk/Nueces
       Hon. J. Rolando Olvera, Jr., Presiding Judge, Fifth Administrative Judicial Region